Jesse Klein, Respondent, v. Joseph M. Klein, Appellant.— In view of the decision in the main appeal (post, p. 771), decided herewith, the motion to dismiss

appeal is denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.